UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:05CV18–EHJ

DIANE AMBURGERY                                                      PLAINTIFF

v.

JO ANNE BARNHART,
Commissioner of Social Security                                           DEFENDANT

**MEMORANDUM OPINION**

      This case is before the Court upon plaintiff Diane Amburgery's objections to the proposed Findings of Fact, Conclusions of Law, and Recommendation of the United States Magistrate Judge. The Court has conducted a de novo review of those matters that are the subject of specific written objection, and is of the opinion that the proposed Findings of Fact, Conclusions of Law, and Recommendation of the magistrate should be adopted, and the Decision of the Commissioner should be affirmed.

      Ms. Amburgery filed the present application for Supplemental Security Income benefits on April 12, 2002, alleging that she became disabled on April 1, 2000 as a result of stomach and heart problems, depression, arthritis, degenerative disc disease, fibromyalgia and fatigue (Tr. 17). After a hearing on June 9, 2003, Administrative Law Judge Roger L. Reynolds ("ALJ") found that Ms. Amburgery has severe impairments including major depression, borderline intellectual functioning, anxiety with adjustment disorder, obesity, nicotine abuse, lumbar scoliosis, multiple arthralgias, chronic low back pain secondary to degenerative disc disease, and tachycardia. The ALJ found that these impairments are severe, but do not meet or medically equal listed impairments (Tr. 21).

      The plaintiff has filed objections to the magistrate's report, arguing that the ALJ erred by not explicitly evaluating the opinion of Dr. Hortillosa. The Court has reviewed the record, particularly

the mental health residual functional capacity assessment and accompanying listing questionnaire completed by clinical social worker Lucy Mings and Dr. Hortillosa (Tr. 549-556). The Court finds that the ALJ should have addressed this record signed by Dr. Hortillosa, but nonetheless finds that his failure to do so is harmless error. As the Magistrate noted, ALJ Reynolds explained his rejection of the March 18, 2003 functional opinion in two separate places in his Decision.

After reviewing the record in its entirety and conducting a de novo review of the matters raised by plaintiff's objection, the Court has determined that the analyses and conclusions of the Magistrate mirror those of the undersigned. As recitation of those analyses would constitute mere repetition, the Court adopts the Magistrate's proposed Findings of Fact, Conclusions of Law, and Recommendation in their entirety in lieu of writing a separate opinion.

A judgment in conformity has this day entered.